TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00444-CV

Caroline Spohn and Theodore Spohn, Appellants

v.

Shirley Miller, Individually and d/b/a C.M. Stables; and Jaime Castellanos, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 26,271, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 Caroline and Theodore Spohn have filed a motion to dismiss their appeal,
contending that their appeal is moot because the order and judgment from which they were
appealing have been vacated. The Spohns certify that their motion is unopposed. 

 We conclude that the appeal is moot and dismiss the appeal.

Before Chief Justice Aboussie, Justices Kidd and B.A. Smith

Dismissed as Moot

Filed: August 31, 2000

Do Not Publish